UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| RED OAK TIMBER COMPANY, LLC | ) | CASE NO. 5:12-CV- 00340 |
| | ) | |
| VERSUS | ) | JUDGE MAURICE HICKS |
| | ) | |
| FAE USA, INC., PRIMETECH, S.p.A., | ) | MAGISTRATE JUDGE HORNSBY |
| AND W.L. DOGGETT, LLC, d/b/a/ | ) | |
| DOGGETT MACHINERY SERVICES | ) | |

**<u>FAE USA, INC. AND FAE GROUP, S.p.A.'S ANSWER AND DEFENSES TO W.L. DOGGETT, LLC, d/b/a DOGGETT MACHINERY SERVICES CROSS-CLAIM</u>**

NOW INTO COURT, through undersigned counsel, come FAE USA, Inc. (hereinafter referred to as "FAE USA") and FAE GROUP S.p.A. (hereinafter referred to as "FAE GROUP"), who appears specially, and denies each and every allegation of W.L. Doggett, LLC, d/b/a Doggett Machinery Services (hereinafter "Doggett Machinery"), except as may be specifically admitted herein, and who for answer avers:

1.

Upon information and belief, the allegations in paragraph 1 of Doggett Machinery's Cross-Claim are admitted.

2.

The allegations in paragraph 2 of Doggett Machinery's Cross-Claim are admitted.

3.

The allegations in paragraph 3 of Doggett Machinery's Cross-Claim are admitted.

4.

The allegations in paragraph 4 of Doggett Machinery's Cross-Claim are denied.

5.

The allegations in paragraph 5 of Doggett Machinery's Cross-Claim are denied.

6.

In response to the allegations in paragraph 6 of Doggett Machinery's Cross-Claim, the machines in question were manufactured by Primetech, S.p.A. This entity is now called FAE Group, S.p.A.

7.

The allegations in paragraph 7 of Doggett Machinery's Cross-Claim are admitted.

8.

The allegations in paragraph 8 of Doggett Machinery's Cross-Claim are denied.

9.

The allegations in paragraph 9 of Doggett Machinery's Cross-Claim are denied.

10.

The allegations in paragraph 10 of Doggett Machinery's Cross-Claim are denied.

**Affirmative Defenses**
**First Defense**

The cross-claim fails to state a claim against these Cross-Defendants for which relied may be granted.

**Second Defense**

Such injury or damages as Plaintiff may have sustained were caused, produced or brought about by reason of the acts or omissions of others for whom these Cross-Defendants are not responsible and, therefore, Cross-Defendants are not liable to Plaintiff or Doggett Machinery in any manner.

**Third Defense**

The claims alleged by Doggett Machinery may be subject to mandatory arbitration and are, therefore, barred.

**Fourth Defense**

These Cross-Defendants show that any claim that Doggett Machinery may have is limited by the terms of any and all agreements which Doggett Machinery had with these Cross-Defendants or any other party to this action, and all limitations and exclusions of those agreements are pled as if set forth at length herein.

**Fifth Defense**

FAE USA and FAE Group restate and incorporate their Affirmative Defenses as stated in their Answers to Plaintiff's petition as if those defenses were more fully stated herein.

**Sixth Defense**

There were no defects with the machines in question prior to their sale to Doggett Machinery.

**Seventh Defense**

Doggett Machinery's actions in this matter preclude it from any equitable relief.

WHEREFORE, FAE USA and FAE Group pray that after all due proceedings are had, there be judgment herein rejecting the demands of the cross-claimant Doggett Machinery.

This 11th day of September, 2012.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

s/ *Frederick Owen Ferrand*
Frederick Owen Ferrand
Georgia Bar No. 259169
fred.ferrand@swiftcurrie.com
Kathleen A. Quirk
Georgia Bar No. 940400
katie.quirk@swiftcurrie.com
1355 Peachtree Street, NE, Suite 300
Atlanta, GA 30309-3231
(404) 874-8800

*and*

MAYER, SMITH & ROBERTS, LLP

s/ *Daniel J. Baker*
John C. Turnage, LA Bar No. 14473
john@msrlaw.com
Daniel J. Baker, LA Bar No. 31612
daniel@msrlaw.com
1550 Creswell Avenue
Shreveport, LA 71101-4722
(318) 222-2135

***Attorneys for FAE USA, Inc. and FAE Group, S.p.A.***

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***FAE USA, Inc.'s and FAE Group, S.p.A.'s Cross-Claim Against W.L. Doggett, LLC d/b/a Doggett Machinery Services*** with the Clerk of the Court via the CM/ECF system, which will automatically send notification of such filing to the following attorney(s) of record:

Herschel E. Richard, Jr.
Cook, Yancey, King & Galloway
Post Office Box 22260
Shreveport, Louisiana 71120-2260

Deidre C. McGlinchey
McGlinchey Stafford, PLLC
1811 Tower Drive, Suite A
Monroe, Louisiana 71201-4964

This 11th day of September, 2012.

              MAYER, SMITH & ROBERTS, LLP

              *s/ Daniel J. Baker*
              John C. Turnage, LA Bar No. 14473
              john@msrlaw.com
              Daniel J. Baker, LA Bar No. 31612
              daniel@msrlaw.com
              1550 Creswell Avenue
              Shreveport, LA 71101-4722
              (318) 222-2135

              ***Attorneys for FAE USA, Inc. and FAE Group, S.p.A.***