UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RED OAK TIMBER COMPANY, L.LC. | CIVIL ACTION NO.: 5:12-cv-00340 |
| VERSUS | JUDGE MAURICE HICKS |
| FAE USA, INC., PRIMETECH S.P.A., AND W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES | MAGISTRATE JUDGE HORNSBY |

## JOINT MOTION FOR ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiff, RED OAK TIMBER COMPANY, L.L.C., and defendants, FAE USA, INC., FAE GROUP, S.p.A. (formerly known as PRIMETECH, S.p.A.) and W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES, which, with respect represent that the parties have resolved all claims against each other in the above-captioned matter.

As an incident thereof, the parties agree that all of the claims and demands in this action should be dismissed with prejudice, with each party to bear its own costs.

WHEREFORE, APPEARERS PRAY that all claims be dismissed with prejudice, with each party to bear its own costs.

This the 16th day of July, 2013.

| | |
|---|---|
| COOK, YANCEY, KING & GALLOWAY<br>A Professional Law Corporation | MCGLINCHEY STAFFORD, PLLC |
| By:   /s/ Herschel E. Richard, Jr.<br>      Herschel E. Richard, Jr., #11229<br>      Megan E. LeBato, #32548 | By:   /s/ Deirdre C. McGlinchey<br>      Deirdre C. McGlinchey, #24167<br>      Cara Hall, #31378 |
| 333 Texas Street, Suite 1700<br>P. O. Box 22260<br>Shreveport, LA 71120-2260<br>Telephone: (318) 221-6277<br>Telecopier: (318) 227-7850<br>Email: herschel.richard@cookyancey.com | 12th Floor, 601 Poydras Street<br>P. O. Box 60643<br>New Orleans, LA 70160-0643<br>Telephone: (318) 651-0807<br>Telecopier: (318) 651-0809<br>Email: dmcglinchey@mcglinchey.com |
| ATTORNEYS FOR RED OAK TIMBER<br>COMPANY, L.L.C. | ATTORNEYS FOR W.L. DOGGETT, L.L.C.<br>d/b/a DOGGETT MACHINERY SERVICES |

SWIFT, CURRIE, MCGHEE & HIERS, LLP


By:   /s/ Frederick O. Ferrand
      Frederick O. Ferrand, GA Bar #259169

1355 Peachtree Street, N.E., Suite 300
Atlanta, GA 30309
Telephone: (404) 874-8800
Email: fred.ferrand@swiftcurie.com

MAYER, SMITH & ROBERTS, LLP


By:   /s/ John C. Turnage
      John C. Turnage, #14473
      Daniel J. Baker, #31612

1550 Creswell Avenue
Shreveport, LA 71101-4722
Telephone: (318) 222-2135
Email: john@msrlaw.com

 ATTORNEYS FOR FAE USA, INC. AND FAE GROUP, S.p.A.

## LOCAL RULE 5.7.08 CERTIFICATE

Pursuant to Local Rule 5.7.08W, the filing attorney certifies that the other signatories have expressly agreed to the form and substance of the document and that the filing attorney has the signatories' actual authority to submit the document electronically, using their electronic signatures.

Shreveport, Louisiana, this 16th day of July, 2013.

                                                               /s/ Herschel E. Richard, Jr.
                                                                     OF COUNSEL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Shreveport, Louisiana, this 16th day of July, 2013.

                                    /s/ Herschel E. Richard, Jr.
                                    OF COUNSEL