UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RED OAK TIMBER COMPANY, L.LC. | CIVIL ACTION NO.: 5:12-cv-00340 |
| VERSUS | JUDGE MAURICE HICKS |
| FAE USA, INC., PRIMETECH S.P.A., AND W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES | MAGISTRATE JUDGE HORNSBY |

### ORDER

Based on the foregoing:

On joint motion of the parties to these proceedings, plaintiff, RED OAK TIMBER COMPANY, L.L.C., and defendants, FAE USA, INC., FAE GROUP, S.p.A. (formerly known as PRIMETECH, S.p.A.) and W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES, through undersigned counsel, and on their having informed the Court that the matter has been settled in full and that the parties desire that a Judgment of Dismissal issue herein, with prejudice, with each party to bear its own attorney's fees and costs:

IT IS ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff, RED OAK TIMBER COMPANY, L.L.C., and all claims asserted therein against FAE USA, INC., FAE GROUP, S.p.A. (formerly known as PRIMETECH, S.p.A.) and W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES, be and the same are hereby dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED, ADJUDED AND DECREED that the cross claims of W.L. DOGGETT, L.L.C. d/b/a DOGGETT MACHINERY SERVICES be and the same are hereby dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17 day of July, 2013.

_____
JUDGE